**Dismissed and Opinion Filed April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00048-CR

### LAURA JAYNE CANNON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 4
### Collin County, Texas
### Trial Court Cause No. 004-82550-2014

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
150048F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

LAURA JAYNE CANNON, Appellant

No. 05-15-00048-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-82550-2014.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered April 23, 2015.